An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BETTY FUCHSEL,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE;
AND THE HONORABLE KIMBERLY A.
WANKER, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 68059

**FILED**

MAY 2 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges an amended district court order for disposition of animals.

Having considered petitioner's arguments and the supporting documents in this petition, we are not persuaded that petitioner met her burden to demonstrate that our extraordinary intervention is warranted, as she has not identified any relevant legal authority supporting an affirmative entitlement to relief. *See* NRS 34.160 (providing that a writ of mandamus may issue to compel performance of "an act which the law especially enjoins as a duty resulting from an office, trust or station"); NRAP 21(a) (providing that a writ petition and appendix thereto must contain a statement of facts necessary to understand the issues presented, the reasons why the writ should issue, including points and legal authorities, and documents essential to understand the matters set forth in the petition); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that petitioner bears the burden of demonstrating that writ relief is warranted); *see also* NRS 574.055(4)

15-16461

(providing that a court may, following notice and hearing, order that animals seized for the prevention of cruelty remain in the care of an animal control peace officer for such disposition as the officer sees fit). To the extent petitioner seeks to stay the district court's order pending resolution of her criminal appeal, such relief may be sought in the district court. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Kimberly A. Wanker, District Judge
Nancy Lord
Nye County District Attorney
Nye County Clerk